UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
      )
UNITED STATES OF AMERICA,     )
      )
    -against-     )    **PROPOSED STIPULATION**
      )    **OF SUBSTITUTION OF**
JEBARA IGBARA,     )    **COUNSEL**
      )    **21 MJ 356 (SJB)**
    Defendant.     )
      )
------------------------------------------------------------X

IT IS HEREBY STIPULATED, CONSENTED AND AGREED by the undersigned that JEFFREY LICHTMAN, ESQ., JEFFREY EINHORN, ESQ., JASON GOLDMAN, ESQ., Law Offices of Jeffrey Lichtman, 11 E. 44th Street, Ste. 501, New York, New York 10017, are substituted as attorneys for defendant JEBARA IGBARA in place and instead of TODD SPODEK, ESQ., Spodek Law Group, 85 Broad Street, Suite 30th Floor, New York, New York 10004.

Dated: New York, New York
      September 8, 2021

_____
JEFFREY LICHTMAN, ESQ.
Substituted Attorney for Defendant

_____
JEFFREY EINHORN, ESQ.
Substituted Attorney for Defendant

_____
JASON GOLDMAN, ESQ.
Substituted Attorney for Defendant

New York, New York
September ___ 2021

_____ 9/8/2021
ID ZnCVFrKA&Ce8MzATSBoZkdFs
TODD SPODEK, ESQ.
Former Attorney for Defendant

# eSignature Details

**Signer ID:** **ZnCVFrKA8Ce8MzATSBoZkdFs**
Signed by: Todd A. Spodek
Sent to email: ts@spodeklawgroup.com
IP Address: 64.125.180.210
Signed at: Sep 8 2021, 4:30 pm EDT